■ In the Matter of RAYMOND W. KOLODZIEJ, Appellant-Respondent, v PHILIP D. SMOLINSKI et al., Constituting the Board of Elections of Erie County, Respondents, and STEVEN PIGEON, Respondent-Appellant. In the Matter of RAYMOND W. KOLODZIEJ, Appellant-Respondent, v PHILIP D. SMOLINSKI et al., Constituting the Board of Elections of Erie County, Respondents, and STEVEN PIGEON, Respondent-Appellant.—Order unanimously affirmed without costs. (Appeals from order of Supreme Court, Erie County, Fallon, J.—Election Law.) Pres-

ent—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)